UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURICE SMITH, JEAN PAUL BRICAULT, JR., JOSE TORRES ROSADO, AUSTIN CODDINGTON, and KEVIN HAMILTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC. and CRST INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 1:20-cv-11353-PBS<br><br>Honorable Judge Patti B. Saris |

## DEFENDANTS' MOTION TO DISMISS

Defendants, CRST Expedited, Inc. and CRST International, Inc., respectfully request the Court dismiss this case for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) or for failure to state a claim under Fed. R. Civ. P. 12(b)(6) for the reasons set forth in Defendants' accompanying Memorandum of Points and Authorities.

### Local Rule 7.1(a)(2) Certification

Counsel for Defendants hereby certify that they have conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issue herein, but the parties were unable to do so.

Dated: October 9, 2020

Respectfully submitted,

*/s/ James H. Hanson*
James H. Hanson
(Admitted Pro Hac Vice)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
jhanson@scopelitis.com

        Adam C. Smedstad
(Admitted Pro Hac Vice)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
3214 West McGraw Street, Suite 301F
Seattle, WA 98199
P: 206-288-6192
asmedstad@scopelitis.com

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn (BBO #679229)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
60 State Street
Boston, MA 02109
P: 617-226-3800
dsonneborn@preti.com

Attorneys for Defendants,
CRST International, Inc. and CRST Expedited, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 9, 2020.

        */s/ James H. Hanson*
        James H. Hanson

4841-4225-4536, v. 2